www.jsandassociatesappraisal.com

# INVOICE

**FROM:**
Simone Y. Burley
JS & Associates Appraisal Services, LLC
P.O. Box 29637
Columbus, OH 43229-0637

**Telephone Number:** 614-899-2428    **Fax Number:** 614-899-2421

**TO:**
Tad Semons
Semons & Semons
85 East Gay Street, Suite 508
Columbus, OH 43215

**Telephone Number:** (614) 228-1930    **Fax Number:** (614) 228-1933
**Alternate Number:** (614) 228-1930    **E-Mail:** tsemons@sbcglobal.net

| INVOICE NUMBER |
|---|
| 15-54438 |
| **DATE** |
| 11/4/2015 |
| **REFERENCE** |

**Internal Order #:** 15-54438
**Lender Case #:** 15-54438
**Client File #:** 15-54438
**Main File # on form:** 15-54438
**Other File # on form:** Client Atty T Semons
**Federal Tax ID:**
**Employer ID:**

## DESCRIPTION

**Lender:** ATTORNEY TAD A SEMONS    **Client:** Semons & Semons
**Purchaser/Borrower:** DOUGLAS MARCONI
**Property Address:** 4721 Northbank Rd
**City:** Buckeye Lake
**County:** LICKING    **State:** OH    **Zip:** 43008
**Legal Description:** 4721

| FEES | AMOUNT |
|---|---|
| Unknown | 300.00 |
| **SUBTOTAL** | 300.00 |

| PAYMENTS | AMOUNT |
|---|---|
| Check #:    Date:    Description: | |
| Check #:    Date:    Description: | |
| Check #:    Date:    Description: | |
| **SUBTOTAL** | |
| **TOTAL DUE** $ | 300.00 |